**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARNI ABOKAR,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br><br>        Defendant. | Case No.: C 04-2307 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO SUBMIT JOINT STATUS STATEMENT, AND FOR PLAINTIFF TO FILE EITHER CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, OR ELSE A DECLINATION AND REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE** |

       This action was filed on June 14, 2004.[1] Service of summons on Defendant was completed on July 20, 2004. To date neither an answer, a stipulation extending the time to answer, nor a request for entry of default has been filed. Therefore,

       IT IS HEREBY ORDERED that no later than July 8, 2005, the parties shall file a joint status statement advising the court of the status of this case.

       IT IS FURTHER ORDERED that no later than July 8, 2005, Plaintiff shall file either a Consent to Proceed Before a United States Magistrate Judge, or else a Declination and Request for Reassignment to District Court Judge.[2]

Dated: *6/23/05*

                                            */s/ Patricia V. Trumbull*
                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Plaintiff should have received copies of these forms when filing the complaint. Both are also available from the clerk of the court, or from the forms section of the court's website at www.cand.uscourts.gov.

ORDER, *page 1*