| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260 |
| | Facsimile:  (415) 436-7169 |
| 7 | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BARNI ABOKAR, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO.  004-02307 PVT |
| | ) | |
| v. | ) | JOINT STATUS STATEMENT |
| | ) | AND STIPULATION *AND ORDER THEREON* |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Order dated June 23, 2005, the parties hereby respectfully submit this Joint Status Statement and Stipulation.

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that:

1. The Commissioner of Social Security was not properly served pursuant to Fed. R. Civ. P. 4. The Process Receipt completed by the U.S. Marshals Service names Joann B. Barnhart, but lists the address of the Department of Health and Human Services in Washington, D.C. rather than the correct address for Commissioner Barnhart in Baltimore, Maryland.  Further complicating service, although the Court Clerk directed the Marshals Service to serve the United States Attorney's Office by Certified Mail addressed to the Civil Process Clerk in San Francisco, it appears that service was made in San Jose instead.

2. Plaintiff's counsel transmitted a copy of the complaint to the U.S. Attorney's Office in San Francisco on June 7, 2005, and the Parties agree that the Commissioner has now been adequately notified of the action.

3. The Social Security Administration's Office of Civil Actions is conducting a search for Plaintiff's claim file so that the Commissioner may respond to Plaintiff's Complaint.

4. If documentation is located adequate for the Commissioner to respond to Plaintiff's Complaint, the Commissioner will file a response by September 6, 2005.

5. If adequate documentation is not located by September 6, 2005, the Parties will stipulate to remand the case.

IT IS SO STIPULATED.

Dated: June 24, 2005         /s/
                             TOM WEATHERED
                             Attorney for Plaintiff

                             KEVIN V. RYAN
                             United States Attorney

Dated: June 24, 2005    By:  /s/
                             SARA WINSLOW
                             Assistant United States Attorney

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS HEREBY ORDERED that, by September 6, 2005, either the Commissioner shall file a response to Plaintiff's Complaint, or the Parties shall stipulate to a remand to the Social Security Administration.  IT IS SO ORDERED.

Dated: 6/27/05                /s/ Patricia V. Trumbull
                             PATRICIA V. TRUMBULL
                             United States Magistrate Judge

ABOKAR, STIP RE 6-23-5 ORDER
C 04-02307 PVT                              2