UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARNI ABOKAR,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br><br>        Defendant. | Case No.: C 04-2307 PVT<br><br>**ORDER RE DEFENDANT'S REQUEST FOR ENTRY OF FINAL JUDGMENT** |

This action was filed on June 14, 2004.[1] On September 26, 2005, this court entered a Stipulation and Order of Remand. On October 2, 2006, Defendant filed a Request for Entry of Final Judgment. Based on the request filed by Defendant and the file herein,

IT IS HEREBY ORDERED that Defendant's request is DENIED without prejudice to either a stipulated request for entry of judgment, or else a noticed motion for summary judgment. Nothing in sentence six of section 205(g) of the Social Security Act expressly authorizes the court to enter judgment upon a party's unilateral request, and the court has found no case interpreting the statute to allow such entry of judgment. *See*, 42 U.S.C. § 405(g). Further, Section 405(g) provides that after remand, in any case in which the Commissioner of Social Security has not made a decision fully

---

    [1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

favorable to the individual, the Commissioner shall file with the court "a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirming was based." *Ibid.* Unless the parties file a stipulated request for entry of judgment, Defendant shall comply with that requirement no later than December 22, 2006.

IT IS FURTHER ORDERED that, if Defendant can cite case authority to support the proposition that the court has authority to enter judgment based on the unilateral request of a party where the Commissioner has not made a decision fully favorable to the individual, the court will reconsider this order.

Dated: *12/4/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge